IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DWAYNE DASHIELL, | § | |
| | § | No. 134, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2106011171 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: October 31, 2023
Decided: November 2, 2023

## ORDER

On September 7, 2023, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant because he had not filed an opening brief by the August 31, 2023 deadline set by the Court. On September 20, 2023, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. The notice was returned as undeliverable and unable to be forwarded. On October 17, 2023, the notice was resent via First Class Mail to the appellant's last known address. A timely response to the notice was due on or before October 30, 2023. To date, the appellant has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal be DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice